**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | Case No.  10-62166 |
| Northern Thompson | | |
| | * | Judge:  HOFFMAN |
| Debtor | * | CH 13 |

**OBJECTION TO CLAIM 10 FILED BY OHIO DEPARTMENT OF TAXATION**

Now comes Debtor, by and through counsel, to object to claim number 10, filed by Ohio Department of Taxation, P.O. Box 530, Columbus, Ohio 43216 ("Creditor"), on October 3, 2011, for an unsecured priority claim in the amount of $2,873.39, and a general unsecured claim of $4,255.43 for taxes.  Creditor's claim includes an amount of $1,930.03 for unassessed taxes for 2006. Debtor filed his 2006 taxes on January 30, 2012 and the amount owed was $248.00.

Due to Debtor filing his 2006 taxes, Creditors claim 10 should be disallowed as filed, reduced by $2,351.20 and allowed as an unsecured priority claim of $522.19, and a general unsecured claim of $4,255.43.

**WHEREFORE**, Debtor pray that this OBJECTION is SUSTAINED.

                                                    Respectfully submitted,

                                                  */s/ Michael A. Cox*
                                                  Michael A. Cox (0075218)
                                                  Hall, Guerrieri & Cox
                                                  2500 N. High St., Suite 100
                                                  Columbus, Ohio  43202
                                                  (614) 267-2871
                                                  (614) 267-2873 fax
                                                  cox@hgclaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | Case No.  10-62166 |
| Northern Thompson | | |
| | * | Judge:  HOFFMAN |
| Debtor | * | CH 13 |

**NOTICE OF OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE**

The above-named Debtor, by and through counsel, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before thirty (30) days after the date this notice was sent (set forth below) you or your lawyer must file a response with the U.S. Bankruptcy Court and serve the response upon counsel for the Debtor.  Any response shall state clearly in its caption the objection to which it is responding.

The address for the Court is:  U.S. Bankruptcy Court
170 N. High Street
Columbus, Ohio  43215-2403

**If you fail to timely respond to the Objection to your claim, then the Court may decide that you do not oppose the objection to your claim.**

The undersigned hereby certifies that copy of the foregoing document(s) was served upon the Trustee and U.S. Trustee electronically and by ordinary mail upon the Debtor and the following parties of interest on this the **Monday, March 26, 2012:**

Electronically Served:

U.S. Trustee
Frank M. Pees

Send via Ordinary Mail:

Ohio Department of Taxation
P.O. Box 530
Columbus, Ohio 43216

Ohio Department of Taxation
30 East Broad Street
Columbus, Ohio 43215

Rebecca L Daum
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530
Columbus, OH  43216-0530

Attorney General of the State
of Ohio, Collection Enforcement
150 E. Gay Street, 21st Floor
Columbus, Ohio 43215

                                                 __*/s/ Michael A. Cox*_____
                                                Michael A. Cox (0075218)