**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: May 18, 2012**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 10-62166 |
| Northern Thompson | | |
| | * | Judge: HOFFMAN |
| Debtor | * | CH 13 |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 10 (Doc. 38)**

This matter came before the Court on Debtor's Objection to Claim **10**, of OHIO DEPARTMENT OF TAXATION filed on March 26, 2012 (Doc. **38**). The Court finds that all parties in interest have been served with the objection and have received notice of their opportunity to respond.  No responses were filed within the allowed time. The Court further finds that the Objection is proper and well taken.

**IT IS THEREFORE ORDERED** that Claim **10** is DISALLOWED as filed and ALLOWED as an unsecured priority claim of $522.19, and as a general unsecured claim of $4,255.43.

**IT IS SO ORDERED.**

Please Serve Default List and:

Ohio Department of Taxation
30 East Broad Street
Columbus, Ohio 43215

Rebecca L Daum
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

Attorney General of the State
of Ohio, Collection Enforcement
150 E. Gay Street, 21st Floor
Columbus, Ohio 43215

Ohio Department of Taxation
P.O. Box 530
Columbus, Ohio 43216

###